JOSEPH H. HARRINGTON
Acting United States Attorney
Eastern District of Washington
Ian L. Garriques
Assistant U.S. Attorney
402 E. Yakima Ave., Ste. 210
Yakima, WA 98901-2760

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY -9 2017

SEAN F. McAVOY, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. **1:17-CR-2020-SMJ** |
| Plaintiff, | INDICTMENT |
| v. | Vio: 18 U.S.C. § 922(g)(1) – Felon in Possession of Firearm and Ammunition |
| SUNDRON LARSELL MILLER<br>aka Sundron Larsell Switzler Miller, | Notice of Criminal Forfeiture – 18 U.S.C. § 924 and 28 U.S.C. § 2461 |
| Defendant. | |

The Grand Jury charges that:

On or about April 12, 2017, in the Eastern District of Washington, the Defendant, SUNDRON LARSELL MILLER, aka Sundron Larsell Switzler Miller, who had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm and ammunition, to wit: a Smith & Wesson, Model 19-3, .357 caliber revolver, bearing serial number 2K1871, a Hawes Firearms Co., Model Western Marshal, .357 caliber revolver, bearing serial number 3/13031, a Colt, Model Police Positive, .38 caliber revolver, bearing serial number 1646, a Ruger, Model Mini Thirty, 7.62x39 caliber rifle, bearing serial number 185-79714, one round of Hornady 9 millimeter caliber ammunition, and one round of Wolf 7.62x39 caliber ammunition, which had theretofore been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2).

### NOTICE OF CRIMINAL FORFEITURE

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States

Indictment                                                            1

Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

Upon conviction of an offense(s) in violation of Title 18, United States Code, Section 922(g)(1), as set forth in this Indictment, the Defendant, SUNDRON LARSELL MILLER, aka Sundron Larsell Switzler Miller, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to:

<u>FIREARMS/AMMUNITION</u>
-a Smith & Wesson, Model 19-3, .357 caliber revolver, bearing serial number 2K1871;

-a Hawes Firearms Co., Model Western Marshal, .357 caliber revolver, bearing serial number 3/13031;

-a Colt, Model Police Positive, .38 caliber revolver, bearing serial number 1646;

-a Ruger, Model Mini Thirty, 7.62x39 caliber rifle, bearing serial number 185-79714;

-one round of Hornady 9 millimeter caliber ammunition; and

-one round of Wolf 7.62x39 caliber ammunition.

DATED this 9th day of May, 2017.

A TRUE BILL

JOSEPH H. HARRINGTON
Acting United States Attorney

Thomas J. Hanlon
Assistant United States Attorney

Ian L. Garriques
Assistant United States Attorney

Indictment                                                                                           2