# PENALTY SLIP

**Name:**   SUNDRON LARSELL MILLER

**Number of Counts:**  2

**Count 1:**   18 U.S.C. § 922(g)(1) – Felon in Possession of Ammunition

**Penalty:**   A term of imprisonment of not more than 10 years, $250,000 fine, or both, 3 years supervised release, $100 special assessment

**Count 2:**   18 U.S.C. § 922(g)(1) – Felon in Possession of Firearms

**Penalty:**   A term of imprisonment of not more than 10 years, $250,000 fine, or both, 3 years supervised release, $100 special assessment

**Criminal Forfeiture:**  18 U.S.C. § 924(d), 28 U.S.C. § 2461(c)

Case No.  **1:17-CR-2020-SMJ-1**

AUSA Initials: ILG