# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SUNDRON LARSELL MILLER, a/k/a<br>SUNDRON LARSELL SWITZLER MILLER,<br>Defendant. | Case No. 1:17-CR-2020-SMJ<br><br>**CRIMINAL MINUTES**<br><br>**DATE:** 12/06/2017 **LOCATION:** Yakima<br><br>**SENTENCING HEARING** |

| | Judge Salvador Mendoza, Jr. | |
|---|---|---|
| Debbie Brasel<br><br>**Courtroom Deputy** | 02<br><br>**Law Clerk**            **Interpreter** | Kim Allen<br><br>**Court Reporter** |
| Ian Lloyd Garriques<br><br>**Plaintiff's Counsel** | Michael William Lynch<br><br>**Defendant's Counsel** | |

[XX] Open Court                                              [XX] U.S. Probation Officer: Jennifer Dykstra

Defendant **present in custody** of the U.S. Marshal

Argument by counsel

Defendant does not address Court on his own behalf

The Court rules on and accepts the Pre-Sentence Report

**Imprisonment:**                     **46 months** with respect to the single count Indictment

Court recommends placement of the defendant in the BOP Facility at Sheridan, Oregon.

Defendant shall receive credit for time served in federal custody prior to sentencing in this matter.

**Supervised Release**:               **3 years** with standard conditions and the following special conditions:

1. You must complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement, absent further order of the court. You must allow reciprocal release of information between the supervising officer and treatment provider. You must contribute to the cost of treatment according to your ability to pay.

2. You must submit your person, residence, office, or vehicle and belongings to a search, conducted by a probation officer, at a sensible time and manner, based upon reasonable suspicion of contraband or evidence of violation of a condition of supervision. Failure to submit to search may be grounds for revocation. You must warn persons with whom you share a residence that the premises may be subject to search.

Page 2        USA v Miller; 1:17-CR-2020-SMJ                                                Sentencing Minutes

3. You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

4. You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

5. You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Special Penalty Assessment**:         $100.00
**Fine:**                               waived
**Restitution:**                        $00.00

Defendant shall participate in the BOP Inmate Financial Responsibility Program. During the time of incarceration, monetary penalties are payable on a quarterly basis of not less than $25.00 per quarter.

While on supervised release, monetary penalties are payable on a monthly basis of not less than $25.00 per month or 10% of the defendant's net household income, whichever is less, commencing 30 days after the defendant is released from imprisonment.

Appeal rights waived pursuant to the Plea Agreement previously executed by the defendant and filed with the Court.

| CONVENED: 10:40 AM | ADJOURNED: 11:00 AM | TIME:  / 20 MINUTES | |
|---|---|---|---|