PROB 12C
(6/16)

Report Date: December 31, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 04, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Sundron Larsell Miller          Case Number: 0980 1:17CR02020-SMJ-1

Address of Offender:                    White Swan, Washington 98952

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: December 6, 2017

Original Offense:     Felon in Possession of Firearm and Ammunition, 18 U.S.C. § 922 (g)(1)

Original Sentence:    Prison - 46 months          Type of Supervision: Supervised Release
                      TSR - 36 months

Asst. U.S. Attorney:  Ian Garriques              Date Supervision Commenced: October 9, 2020

Defense Attorney:     Michael M. Lynch           Date Supervision Expires: October 8, 2023

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #3**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider. |

**Supporting Evidence**: Mr. Miller is alleged to have violated his conditions of supervised release by failing to undergo a substance abuse evaluation as instructed on October 13, 21, and November 20, 2020.

Following COVID-19 procedures, Mr. Miller's conditions were verbally reviewed with him on October 13, 2020. Additionally, on December 8, 2020, Mr. Miller also signed his conditions of supervised release acknowledging an understanding of his conditions, which includes special condition number 3, as noted above.

On October 13, 2020, during Mr. Miller's orientation to supervised release, this officer instructed the offender to complete his drug and alcohol treatment evaluation at the Yakama Nation's Tiinawit program, which he failed to do.

Prob12C
**Re: Miller, Sundron Larsell**
December 31, 2020
Page 2

On October 21, 2020, the undersigned made telephone contact with Mr. Miller. This officer again instructed the offender to complete his drug and alcohol evaluation, and reminded him of his conditions of supervised release. Again the offender verbally acknowledged an understanding.

On October 28, 2020, the undersigned made telephone contact with Mr. Miller. On this date the offender reported having a drug and alcohol evaluation scheduled with the Tiinawit program, which he failed to attend.

On November 20, 2020, the undersigned contacted Mr. Miller by telephone. The offender admitted he failed to attend his evaluation as instructed, blaming the Yakama Nation's Tiinawit program's limited hours of operation during the pandemic. On this date, the undersigned instructed Mr. Miller to complete his drug and alcohol evaluation with Merit Resource Services (Merit). The aforementioned instructions included a deadline of December 4, 2020, for completing his evaluation, which he failed to do.

On December 7, 2020, the undersigned made telephone contact with Mr. Miller, who verbally admitted missing his Merit substance abuse evaluation deadline. This officer again instructed the offender to complete his drug and alcohol assessment with Merit, which he completed on December 15, 2020. As of the writing of this report the offender has yet to commence drug and alcohol treatment.

2    **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Miller is alleged to have violated his conditions of supervised release by failing to provide a urinalysis sample on December 10 and 17, 2020, and for providing a positive urinalysis for methamphetamine and fentanyl on December 24, 2020.

Following COVID-19 procedures, Mr. Miller's conditions were verbally reviewed with him on October 13, 2020. Additionally, on December 8, 2020, Mr. Miller also signed his conditions of supervised release acknowledging an understanding of his conditions, which includes special condition number 4, as noted above.

On December 8, 2020, the undersigned officer contacted Mr. Miller by telephone, advising the offender of his placement in Merit's random urinalysis testing program. On this date, the undersigned reviewed placement expectations, which included calling the program daily for testing selection. Mr. Miller verbally stated he understood.

On December 10, 2020, Mr. Miller called this officer advising he was selected for testing, but was unable to secure transportation to a testing facility. This officer instructed Mr. Miller to secure transportation for the following day and report to Merit for a urinalysis test, which he failed to do.

On December 15, 2020, the undersigned conducted an unscheduled home visit for the purpose of collecting a random urinalysis. On this date, there was no response to this

Prob12C
**Re: Miller, Sundron Larsell**
**December 31, 2020**
**Page 3**

    officer's knocks on the door. Mr. Miller did not answer his phone when called and during follow-up, it was discovered he was not home during this attempted contact.

    On December 17, 2020, Merit reported Mr. Miller was selected for drug and alcohol testing, again, he failed to appear at a testing facility. During follow-up, Mr. Miller verbally admitted he had not been calling the drug testing program daily.

    On December 24, 2020, Mr. Miller and his Washington State Department of Corrections (DOC) officer called the undersigned. On this date, Mr. Miller submitted a urinalysis sample, which tested positive for methamphetamine and fentanyl.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: December 31, 2020

s/Nick Bazan

Nick Bazan
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

01/04/2021
Date