PROB 12C
(6/16)

Report Date: February 16, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 16, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Sundron Larsell Miller | Case Number: 0980 1:17CR02020-SMJ-1 |
| Address of Offender: | White Swan, Washington 98952 |

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: December 6, 2017

Original Offense:     Felon in Possession of Firearm and Ammunition, 18 U.S.C. § 922 (g)(1)

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 46 months<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Ian Garriques | Date Supervision Commenced: | October 9, 2020 |
| Defense Attorney: | Michael M. Lynch | Date Supervision Expires: | October 8, 2023 |

## PETITIONING THE COURT

To issue a warrant and to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 12/31/2020.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition #3**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.<br><br>**Supporting Evidence**: Mr. Miller is alleged to have violated his conditions of supervised release by failing to attend inpatient drug and alcohol treatment on January 29, 2021.<br><br>Following COVID-19 procedures, Mr. Miller's conditions were verbally reviewed with him on October 13, 2020. Additionally, on December 8, 2020, Mr. Miller also signed his conditions of supervised release acknowledging an understanding of his conditions, which includes special condition number 3, as noted above. |

Prob12C
**Re: Miller, Sundron Larsell**
**February 16, 2021**
**Page 2**

On January 26, 2021, Mr. Miller and his drug and alcohol provider at Merit Resource Services (Merit) scheduled an intake for detoxification (detox) at Spokane Treatment and Recovery (STAR) on January 27, 2021, with intensive inpatient drug and alcohol treatment at Spokane Addiction Recovery Center (SPARC) in Spokane, Washington, immediately following the completion of detox.

On January 27, 2021, Mr. Miller appeared before Magistrate Judge Dimke on an initial appearance for alleged violations of supervised release as noted in the report to the Court dated December 31, 2020. On this date, Mr. Miller was granted release on the condition that immediately following the hearing, he report to detox services, followed by inpatient drug and alcohol treatment, as scheduled by Merit.

On January 28, 2021, the undersigned officer contacted staff at Spokane Treatment and Recovery (STAR), confirming the offender arrived for detox, which would then be rolled over to inpatient drug and alcohol treatment at Spokane Addiction Recovery Center (SPARC).

On February 12, 2021, the undersigned officer was advised by staff at STAR, that Mr. Miller withdrew from detox services on January 29, 2021. In the discharge report, the offender is alleged to have made arrangements with a relative in order to return home. As of the writing of this report, the undersigned has not been able to make contact with Mr. Miller for follow up and his current whereabouts is unknown.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: February 16, 2021

s/Nick Bazan

Nick Bazan
U.S. Probation Officer

Prob12C
Re: Miller, Sundron Larsell
February 16, 2021
Page 3

THE COURT ORDERS

- [ ] No Action
- [X] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

_____
Signature of Judicial Officer

02/16/2021
Date