# United States District Court, Eastern District of Washington
## Magistrate Judge James A. Goeke
### Yakima

**USA v. SUNDRON LARSELL MILLER   Case No.   1:22-CR-2041-SMJ-1**
**1:17-CR-2020-SMJ-1**

Yakima Video Conference (JAG @ Spokane; Counsel and Defendant @ Yakima)
The Defendant agreed to appear via video conference.

**Arraignment/Initial Appearance on Indictment and**                    **05/06/2022**
**Initial Appearance on Supervised Release Petitions:**

| | | | |
|---|---|---|---|
| ☒ | Pam Howard, Courtroom Deputy [Y] | ☒ | Michael Murphy, US Atty |
| ☒ | Melissa Orosco, Courtroom Deputy [S] | ☒ | Nick Mirr, Defense Atty |
| ☒ | Kyle Mowatt, US Probation / Pretrial Services Officer | ☒ | Interpreter **NOT REQUIRED** |
| ☒ | Defendant present ☒ in custody USM ☐ out of custody | ☐ | Defendant not present / failed to appear |

| | | | |
|---|---|---|---|
| ☒ | USA Motion for Detention | ☒ | Rights given |
| ☐ | USA not seeking detention | ☒ | Acknowledgment of Rights filed |
| ☒ | Financial Affidavit (CJA 23) filed | ☒ | Defendant received copy of charging documents |
| ☒ | The Court will appoint the Federal Defenders | ☒ | Defendant waived reading of charging documents |
| ☐ | Based upon conflict with Federal Defenders, the Court will appoint a CJA Panel Attorney | ☐ | Charging document read in open court |
| ☒ | PRE-Trial Services Report ordered | ☐ | POST Pre-Trial Services Report ordered |
| ☐ | AO Advice of Penalties/Sanctions filed | | |

## REMARKS

Defendant appeared and was assisted by counsel and advised of their rights and the allegations contained in the Indictment and the petitions containing alleged violations 1 through 3.

The Defendant acknowledged to the Court that their true and correct name is: SUNDRON LARSELL MILLER.

"Not guilty" plea entered as to the charges on the Indictment.

Discovery to be provided pursuant to the local rule on discovery.

A denial of the violations pending on the petitions is entered on behalf of Defendant.

**The Court ordered:**
1. Defendant shall be detained by the U. S. Marshal until further order of the Court.
2. As required by Rule 5(f), the United States is ordered to produce all information required by *Brady v. Maryland* and its progeny. Not doing so in a timely manner may result in sanctions,

including exclusion of evidence, adverse jury instructions, dismissal of charges, and contempt proceedings.  Order forthcoming.

**Detention Hearings:**
**05/11/2022 @ 11:00 a.m. [Y/JAG](video)**

**Preliminary Hearing on Petitions:**
*Waived by Defendant*

**\*Tentative\* Revocation Hearing Date:**
**6/29/2022 at 9:00 a.m. SMJ at Yakima**