PROB 12
(6/16)

Report Date: November 23, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 24, 2021

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Sundron Larsell Miller | Case Number: 0980 1:17CR02020-SMJ-1 |
| Address of Offender: | White Swan, Washington 98952 |

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: December 6, 2017

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of Firearm and Ammunition, 18 U.S.C. § 922 (g)(1) | | |
| Original Sentence: | Prison - 46 months<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Ian Garriques | Date Supervision Commenced: | November 3, 2021 |
| Defense Attorney: | Paul Shelton | Date Supervision Expires: | June 2, 2024 |

### PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #1**: You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of release from imprisonment unless the probation officer tells you to report to a different probation office or within a different time frame.<br><br>**Supporting Evidence:** Mr. Miller is considered to be in violation of his term of supervised release by failing to report to the probation office as directed on November 5 and 10, 2021.<br><br>On September 23, 2021, conditions of release were reviewed and explained to Mr. Miller. Mr. Miller verbally acknowledged that he understood standard condition number 1, which requires him to report as directed by the probation office.<br><br>On November 3, 2021, Mr. Miller was released from Yakima County Jail. This officer contacted Mr. Miller on November 4, 2021, and directed him to report to the probation office to complete his intake. Mr. Miller stated he could report the following day (November 5, 2021) before 3 p.m. On November 5, 2021, at approximately 11:30 a.m., this officer received a text from Mr. Miller stating he was trying to find a ride to the office. This officer replied to Mr. Miller's text, asking him to let this officer know when he had an update. At |

Prob12C
**Re: Miller, Sundron Larsell**
**November 23, 2021**
**Page 2**

approximately 3:30 p.m., this officer attempted to contact Mr. Miller by telephone, but unfortunately no one answered and his voicemail was full. This officer also contacted Mr. Miller's Child Protective Services (CPS) worker, Monica Lopez, who also could not get a hold of Mr. Miller. As a result, Mr. Miller failed to report to the probation office on November 5, 2021, as directed.

On November 8, 2021, this officer contacted Mr. Miller's CPS worker. Ms. Lopez said she had not heard from Mr. Miller, so she went to his house this date. At approximately 2:40 p.m., this officer received a call from Ms. Lopez stating she had Mr. Miller on speaker phone. This officer asked Mr. Miller when he could find a ride and report to the probation office. Mr. Miller stated he had court at the Yakima County Courthouse on November 10, 2021, at 1 p.m. This officer directed Mr. Miller to report to the probation office on November 10, 2021, before or after his court hearing, which Mr. Miller agreed to do.

On November 10, 2021, Mr. Miller failed to report to the probation office as directed. At approximately 4:35 p.m., this officer attempted to contact Mr. Miller by telephone. Unfortunately, no one answered and his voicemail was full. Therefore, this officer contacted Mr. Miller's CPS worker. This officer asked Ms. Lopez if she had spoken to Mr. Miller. Ms. Lopez stated she had not spoken to Mr. Miller since she called this officer while with Mr. Miller on November 8, 2021.

2    **Special Condition #5**: You must abstain from the use of illegal controlled substances and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Sundron Miller is alleged to have violated his supervised release conditions by consuming methamphetamine and fentanyl on or about November 14, 2021.

On September 23, 2021, conditions of release were reviewed and explained to Mr. Miller. Mr. Miller verbally acknowledged that he understood special condition number 5, which requires him to abstain from illegal controlled substances.

On November 15, 2021, Mr. Miller reported as directed to complete his intake. This officer asked Mr. Miller several times if he was ready for a urinalysis (UA) during the intake process. When asked, Mr. Miller repeatedly stated he was not ready yet. After discussing the importance of being honest with the probation officer, Mr. Miller admitted his UA would be positive for methamphetamine and fentanyl. Mr. Miller signed a Drug Admission Form admitting he consumed methamphetamine and fentanyl on or about November 14, 2021. Mr. Miller admitted he was using methamphetamine and fentanyl about every other day.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

Prob12C
**Re: Miller, Sundron Larsell**
**November 23, 2021**
**Page 3**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  November 23, 2021

s/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

_____
Signature of Judicial Officer

11/24/2021

Date