PROB 12C
(6/16)

Report Date: November 24, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 29, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Sundron Larsell Miller | Case Number: 0980 1:17CR02020-SMJ-1 |
| Address of Offender: | White Swan, Washington 98952 |

Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: December 6, 2017

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of Firearm and Ammunition, 18 U.S.C. § 922 (g)(1) | |
| Original Sentence: | Prison - 46 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Ian Garriques | Date Supervision Commenced: November 3, 2021 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: June 2, 2024 |

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 11/23/2021.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition #4**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.<br><br>**Supporting Evidence**: Mr. Sundron Miller is alleged to have violated his supervised release conditions by failing to complete an approved substance abuse treatment program at James Oldham Treatment Center (JOTC) on or about November 19, 2021.<br><br>On November 15, 2021, supervised release conditions were reviewed and signed by Mr. Miller, acknowledging his understanding of special condition number 4, as noted above.<br><br>On November 24, 2021, according to the staff at Merit Resource Services, Mr. Miller was scheduled for inpatient treatment at JOTC on November 19, 2021. Mr. Miller arrived for inpatient treatment on November 19, 2021, but was subsequently discharged from treatment. No additional information is available at this time. |

Prob12C
Re: Miller, Sundron Larsell
November 24, 2021
Page 2

The U.S. Probation Office respectfully recommends the Court incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: November 24, 2021

S/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

11/29/2021
Date