PROB 12C
(6/16)

Report Date: May 6, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**May 09, 2022**

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Sundron Larsell Miller      Case Number: 0980 1:17CR02020-SMJ-1

Address of Offender:      White Swan, Washington 98952

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: December 6, 2017

Original Offense:      Felon in Possession of Firearm and Ammunition , 18 U.S.C. § 922 (g)(1)

Original Sentence:     Prison - 46 months            Type of Supervision: Supervised Release
                       TSR - 36 months

Asst. U.S. Attorney:   Michael Murphy               Date Supervision Commenced: November 3, 2021

Defense Attorney:      Federal Defenders            Date Supervision Expires: June 2, 2024

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on November 23 and 24, 2021.

On November 15, 2021, supervised release conditions were reviewed and signed by Mr. Miller acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime. |
| | **Supporting Evidence**:  Mr. Miller is considered in violation of his supervised release condition indictment for case number 1:22CR02041-SMJ-1, Carjacking, 18 U.S.C. §§ 2119 and 2, filed on April 19, 2022. |
| | According to the United States of America v. Sundron Larsell Miller indictment for case number 1:22CR02041-SMJ-1, on December 28, 2021, Mr. Miller and a codefendant took a motor vehicle that had been transported, shipped, and received interstate and foreign commerce from A.S. by force, violence, and intimidation, resulting in serious bodily injury that caused physical pain and protracted and obvious disfigurement and protracted loss and impairment of the function of a bodily member, organ, or mental faculty to A.S., with the intent to cause death and serious bodily harm. |

Prob12C
**Re: Miller, Sundron Larsell**
May 6, 2022
Page 2

| | | |
|---|---|---|
| 5 | | **Mandatory Condition # 1**: You must not commit another federal, state or local crime. |

**Supporting Evidence**: Mr. Miller is considered in violation of his supervised release condition by indictment for case number 1:22CR02021-SMJ-1, Brandishing a Firearm During and in Relation to a Crime of Violence, 18 U.S.C. § 924 (c)(1)(A)(i),(ii), filed on April 19, 2022.

According to the United States of America v. Sundron Larsell Miller indictment for case number 1:22CR02041-SMJ-1, on December 28, 2021, Mr. Miller, during and in relation to a crime of violence, for which he may be prosecuted in a court of the United States, to wit: Carjacking, in violation of 18 U.S.C. § 2119, as alleged in Count 1 of this indictment, did knowingly use, carry, brandish, and possess in furtherance of the carjacking, a firearm, all in violation of 18 U.S.C. § 924(c)(1)(A)(I), (ii).

6    **Mandatory Condition # 1**: You must not commit another federal, state or local crime.

**Supporting Evidence**: Mr. Miller is considered in violation of his supervised release condition by indictment for case number 1:22CR02021-SMJ-1, Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922 (g)(1) and 924(a)(2), filed on April 19, 2022.

According to the United States of America v. Sundron Larsell Miller indictment for case number 1:22CR02041-SMJ-1, on December 28, 2021, Mr. Miller, knowing of his status as a person previously convicted of a crime punishable by a term of imprisonment exceeding 1 year, did knowingly possess in and affecting commerce a firearm, to wit: a Savage Axis .308 rifle, bearing serial number J505953, which firearm had theretofore been transported in interstate and foreign commerce, in violation of 18 U.S.C. §§ 922 (g)(1) and 924(a)(2).

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   May 6, 2022

s/Kyle Mowatt

Kyle Mowatt
U.S. Probation Officer

Prob12C
Re: Miller, Sundron Larsell
May 6, 2022
Page 3

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

_____
Signature of Judicial Officer

05/09/2022
Date